UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN ORTIZ,

                Plaintiff,

    v.                                        **ORDER**
                                             21-CV-1721 (WFK) (AYS)

NASSAU COUNTY CORRECTIONAL
OFFICERS, ET AL.,

                Defendants.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

        On April 3, 2024, the Honorable Magistrate Judge Anne Y. Shields issued a Report and Recommendation ("R&R") recommending dismissal of Plaintiff's action with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See ECF No. 31.

        The parties did not file any objections to the R&R, which were due by Thursday, April 17, 2024. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. See Covey v. Simonton, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and therefore adopts the R&R in its entirety. Specifically, the Court DISMISSES the above-captioned action with prejudice. The Clerk of Court is respectfully directed to close the case. The Clerk of Court is further respectfully directed to mail a copy of this order to Plaintiff at his last known address(es) and note the mailing on the docket.



SO ORDERED.

s/ WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 22, 2024
       Brooklyn, New York